**CRIMINAL WARRANT AND MITTIMUS**

16-000674

GEORGIA, _____ **MERIWETHER County** __

Personally came _____ JASON DURAND _____, who on oath says that, to the best of his knowledge and belief,
_____ VIVIAN WASHINGTON _____, in the county aforesaid, commit the offense, of, TO-WIT _____ O.C.G.A. 16-7-1
BURGLARY 1ST DEGREE, a Felony _____, in said County, between the hours of    10:00PM and    11:59PM
on the __4__ day of ___August___, 2016 . The place of occurrence of said offense being _MERIWETHER COUNTY, GEORGIA_
and against the Laws of the State of Georgia.

Said offense being described as _O.C.G.A. 16-7-1_    BURGLARY 1ST DEGREE, a Felony

FOR THE SAID DEFENDANT DID WITHOUT AUTHORITY AND WITH THE INTENT TO COMMIT A FELONY/THEFT
THEREIN ENTERED THE DWELLING HOUSE OF ANOTHER, TO WIT: DOROTHY DOW LOCATED AT 7745 FORREST RD.
GRANTVILLE, MERIWETHER COUNTY, GEORGIA.

and thus deponent makes this affidavit that a warrant may issue for his/her arrest.

_____
Affiant

Sworn to and subscribed before me this    8th  day of _____August___, ___2016___

_____          _____
Judge                                              Magistrate

Georgia, _____ **MERIWETHER County** __
To any sheriff or his deputy, Coroner, Constable, or Marshall of said State, GREETING:

For sufficient causes made known to me in the above affidavit, you are hereby commanded to arrest _____
VIVIAN WASHINGTON _____ the defendant named in the foregoing affidavit charged by the prosecutor therein
with the offense against the laws of this State as enunciated in said affidavit and bring him before me or some other Judicial Officer of this
State to be dealt with as the law directs.

Herein fail not. This __8__ day of _____August___, ___2016___.

_____          _____
Judge                                              Magistrate

Georgia, _____ **MERIWETHER County** __
After hearing evidence in the above case it is ordered that said defendant be bound in a bond of _____ Dollars.

Conditions of Bond:    Defendant shall not possess any dangerous or offensive weapon and shall not consume alcohol or any
controlled substance. Defendant shall not go around, contact, approach or communicate with the victim
or any witness in this case. Defendant shall stay away, absolutely, directly or indirectly, by person and
telephone, from the person, home and job of victim(s) and witness(es). E OF GEORGIA
                    (COUNTY OF MERIWETHER)
                    This Copy is a true Copy of the Original on file in this
                    Office. Witness my hand and Office Seal
                    This 15th day of October A.D., 2019
                    Records Clerk Meriwether County Sheriff's Office
                    By: Enus Nash
This __8__ day of _____August___, ___2016___.    Records Clerk of Meriwether County Sheriff's Office.


EXHIBIT
1
Blumberg No. 5118

BOND FOR APPEARANCE

State of Georgia, MERIWETHER    County. Know all men by these presentments that we, _____ as Principal and _____ as Security agree jointly and severally to pay, _____, Governor of Georgia and his sucessors in office _____ Dollars and for true payment of which we bind ourselves by these presentments. The condition of the above obligation is such that the above Principal shall personally appear at the _____, at _____ O'Clock ___M., and from term to term thereof until discharged by law to answer the offense o. _____ as charged in the affidavit of _____, then the obligation to be null and void, else in full force and effect.    In addition to all other requirements of the foregoing, we, Principal and Security agree that the above bond and recognizance is conditioned also upon the appearance of the principle before the court at the time fixed for his arraignment. And as to this obligation, we severally waive our rights to the benefits of Homestead Exemption laws of this State and of the United States as fully as we are authorized to do so by the Constitution and laws of this State and the United States.

Signed with our hands and sealed with our seals this _____ day of _____, _____.

Attested by:

_____

_____ (L.S.)

Approved by:

_____ (L.S.)

_____ (L.S.)

_____ (L.S.)

WAIVER

I, _____, the defendant in the within warrant, after being advised of all my rights, do hereby waive committal hearing and acknowledge such hereby.

This _____ day of _____, _____.

Witnessed by:

_____

_____

                                                                        Defendant

EXAMINATION

After having fully advised the defendant of the accusation against him, his right to have a committal hearing, his right to be represented by an attorney, (and his right to sign a waiver of said committal hearing) (and defendant having elected to sign a waiver of committal for his appearance before the _____ Court located at _____ on the _____ day of _____, _____ at _____ M. Given under my hand and seal

This _____ day of _____, _____.

_____                    _____
                    Judge                                            Magistrate

WITNESSES

JASON DURAND  P O BOX 476 GREENVILLE GA

_____    _____

_____    _____

_____    _____

---

BOND: STATE WARRANT    16-000674

STATE OF GEORGIA
(COUNTY OF MERIWETHER)

VIVIAN WASHINGTON
VS.
THE STATE

DOB: 07/07/1998    SSN:

BURGLARY 1ST DEGREE, a Felony
O.C.G.A. 16-7-1
CHARGED

Phone Ht. O: 706-672-4489
GREENVILLE, GA 30222
P O BOX 476
JASON DURAND
Prosecutor

Warrant executed on the _____ day of _____ at _____ o'clock _____ M., by _____

This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office
By: _Gnu Nash_
Records Clerk of Meriwether County Sheriff's Office.

MERIWETHER CO SHERIFF'S OFFICE
GA0990000

# INCIDENT REPORT
Internal Copy
Original

**CASE NUMBER**
16-08-00023

Page 1

| INCIDENT TYPE | | | | | COUNTS | INCIDENT CODE | PREMISE TYPE | |
|---|---|---|---|---|---|---|---|---|
| ARMED ROBBERY -/FEL/- | | | | | 1 | 16-8-41 | 6 | Residence |

| UCR CODE | UCR DESC | | MOST SEVERE | RED BRICK SINGLE DWELLING |
|---|---|---|---|---|
| 1207 | ROBBERY:RESIDENCE-GUN | | Yes | |

| INCIDENT TYPE | | | | COUNTS | INCIDENT CODE |
|---|---|---|---|---|---|
| AGGRAVATED ASSAULT-/FEL/- | | | | 1 | 16-5-21 |

| UCR CODE | UCR DESC | | MOST SEVERE |
|---|---|---|---|
| 1314 | ASSAULT/BATTERY:AGGRAVATED- GUN | | No |

| INCIDENT TYPE | | | | COUNTS | INCIDENT CODE |
|---|---|---|---|---|---|
| AGGRAVATED BATTERY -/FEL/- | | | | 1 | 16-5-24 |

| UCR CODE | UCR DESC | | MOST SEVERE |
|---|---|---|---|
| 1314 | ASSAULT/BATTERY:AGGRAVATED- GUN | | No |

| INCIDENT TYPE | | | | COUNTS | INCIDENT CODE |
|---|---|---|---|---|---|
| BURGLARY -/FEL/- | | | | 1 | 16-7-1 |

| UCR CODE | UCR DESC | | MOST SEVERE |
|---|---|---|---|
| 2202 | BURGLARY:FORCED ENTRY-RESIDENCE | | No |

| INCIDENT LOCATION | STATE | ZIP | ZONE | | WEAPON TYPE | |
|---|---|---|---|---|---|---|
| 7745 FORREST ROAD GRANTVILLE | GA | 30220 | 1 | ZONE 1 | 1 | GUN |

| INCIDENT DATE | TIME | | DATE | TIME | WEATHER CONDITIONS | STRANGER TO STRANGER | CID INVEST. |
|---|---|---|---|---|---|---|---|
| 08/04/2016 | 2340 | TO | 08/05/2016 | 0630 | CLEAR | UNKNOWN | JASON DURAND |

| COMPLAINANT | ADDRESS | SOCIAL SECURITY | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| DOW, DOROTHY REED | 7745 FORREST ROAD,GRANTVILLE, GA 30220 | | | |

| RACE W | SEX F | HEIGHT 509 | WEIGHT 245 | HAIR GRY | EYES BLU | DOB 07/31/1933 | EMP/OCC |
|---|---|---|---|---|---|---|---|

EMAIL ADDRESS

**VICTIM**

| VICTIM NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE | CELL PHONE |
|---|---|---|---|---|
| DOW, DOROTHY REED | 7745 FORREST ROAD GRANTVILLE, GA 30220 | | | |

| RACE W | SEX F | HEIGHT 509 | WEIGHT 245 | HAIR GRY | EYES BLU | DOB | EMP/OCC |
|---|---|---|---|---|---|---|---|

EMAIL ADDRESS

**OFFENDER**

| WANTED | OFFENDER NAME | RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DOB | SOCIAL SECURITY |
|---|---|---|---|---|---|---|---|---|---|
| | GRADY, JUSTIN PEIRCE | B | M | 510 | 185 | BLK | BRO | | |

| WARRANT | ADDRESS | EMP/OCC | HOME PHONE NUMBER | CELL PHONE NUMBER |
|---|---|---|---|---|

ARREST
[X]

EMAIL ADDRESS

| SUSPECT | STATUTE | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. | ARR. | 1=COUNTY |
|---|---|---|---|---|---|---|---|
| | 16-5-1 | MURDER-/FEL/- | 1 | 1209 | 1 | 3 | 2=NOT IN A CITY |
| | 16-8-41 | ARMED ROBBERY -/FEL/- | 1 | 1207 | 1 | 3 | 3=STATE |
| | 16-5-21 | AGGRAVATED ASSAULT-/FEL/- | 1 | 1314 | 1 | 3 | 4=OUT OF STATE |
| | 16-5-24 | AGGRAVATED BATTERY -/FEL/- | 1 | 1314 | 1 | 3 | 5=UNKNOWN |
| | 16-5-1 | MURDER-/FEL/- | 1 | 1209 | 1 | 3 | |
| | 16-7-5 | HOME INVASION 1ST DEGREE,FELONY | 1 | 1209 | 1 | 3 | |

| TOTAL NUMBER ARRESTED | 4 | ARREST AT OR NEAR OFFENSE SCENE | N | DATE /TIME OF OFFENSE | 08/04/2016 | 23:30 |
|---|---|---|---|---|---|---|

ARREST SUPPLEMENT

| | HANDCUFFED BEHIND BACK | [X] HANDCUFF CHECKED FOR FIT | [X] VEHICLE SEARCHED PRIOR TO TRANSPORT | | TRANSPORT INTERRUPTED |
|---|---|---|---|---|---|
| [X] HANDCUFFED DOUBLE LOCK | [X] DETAINEE SEARCHED | [X] VEHICLE SEARCHED AFTER TRANSPORT | [X] OTHER RESTRAINTS USED | |

**WITNESS**

| NAME | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |
| | | |

**PROPERTY**

| | VEHICLES | CURRENCY,NOTES,ETC | JEWELRY,PREC. METALS | FURS | PROPERTY RECOVERY INFOR ONLY |
|---|---|---|---|---|---|
| STOLEN | | | | | JURIS. CODES |
| RECOVERED | | | | | 1=COUNTY |
| | CLOTHING | OFFICE EQUIP | TV, RADIO, ETC. | HOUSEHOLD GOODS | 2=NOT IN A CITY |
| STOLEN | | | $1 | | 3=STATE |
| RECOVERED | | | $2 | | 4=OUT OF STATE 5=UNKNOWN |
| | FIREARMS | CONS. GOODS | LIVESTOCK | | |
| STOLEN | | | | | |
| RECOVERED | | | | | |

THEFT / RECOVERY
| 1 | 1 |
|---|---|

DATE OF THEFT

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office seal
This ___15___ day of __October__ A.D. 20_19_
Records Clerk Meriwether County Sheriff's Office

**ADM**

| GCIC ENTRY | WARRANT | MISSING PERSONS | VEHICLE | ARTICLE | BOAT | GUN | SECURITIES |
|---|---|---|---|---|---|---|---|

By: _Iris Nash_
Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE
GA0990000

**INCIDENT REPORT**

Internal Copy

Original

**CASE NUMBER**
16-08-00023

Page 2

| DRUG | DID INVESTIGATION INDICATE THAT THIS INCIDENT WAS DRUG-RELATED? IF YES, PLEASE INDICATE THE TYPE OF DRUG(S) USED BY OFFENDER: | N |
|---|---|---|

| CLEAR | REQUIRED DATA FIELDS FOR CLEARANCE REPORT | [X] CLEARED BY ARREST | [ ] EXCEPTIONALLY CLEARED | [ ] UNFOUNDED | REPORT DATE 08/05/2016 |
|---|---|---|---|---|---|
| | DATE OF CLEARANCE 08/10/2016 [X] ADULT | | [ ] JUVENILE | CLEARANCE CODE 04A | |
| | REPORTING OFFICER KENNETH FARLEY | NUMBER 134 | | APPROVING OFFICER SHAWN WOMMACK | NUMBER 130 |

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Janis Nash

Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

# INCIDENT REPORT
Internal Copy

**CASE NUMBER**
16-08-00023

Page 3

## MULTIPLE ENTRY(s)   OFFENDER

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| IEARD, CORTAVIOUS DESHUN | | | |

RACE B   SEX M   HEIGHT 510   WEIGHT 160   HAIR BLK   EYES BRO   DOB [ ]   CELL

EMAIL ADDRESS

| STATUTE | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| 16-8-41 | ARMED ROBBERY -/FEL/- | 1 | 1207 | 1 | 3 |
| 16-5-21 | AGGRAVATED ASSAULT-/FEL/- | 1 | 1314 | 1 | 3 |
| 16-7-1 | BURGLARY -/FEL/- | 1 | 2202 | 1 | 3 |

1=COUNTY
2=NOT IN A CITY
3=STATE
4=OUT OF STATE
5=UNKNOWN

## MULTIPLE ENTRY(s)   OFFENDER

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| ELLERY, MINA CHRISTINE | | | |

RACE B   SEX F   HEIGHT 507   WEIGHT 140   HAIR BLK   EYES BRO   DOB [ ]   CELL

EMAIL ADDRESS

| STATUTE | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| 16-8-41 | ARMED ROBBERY -/FEL/- | 1 | 1207 | 1 | 1 |
| 16-7-1 | BURGLARY -/FEL/- | 1 | 2202 | 1 | 1 |
| 16-5-21 | AGGRAVATED ASSAULT-/FEL/- | 1 | 1314 | 1 | 1 |

1=COUNTY
2=NOT IN A CITY
3=STATE
4=OUT OF STATE
5=UNKNOWN

## MULTIPLE ENTRY(s)   OFFENDER

| NAME | ADDRESS | SOCIAL SECURITY | HOME PHONE |
|---|---|---|---|
| HARMON, ANGEL LATRICE | | | |

RACE B   SEX F   HEIGHT 506   WEIGHT 150   HAIR BLK   EYES BRO   DOB [ ]   CELL

EMAIL ADDRESS

| STATUTE | CHARGES | COUNTS | INCIDENT CODE | JURIS. OFF. ARR. | |
|---|---|---|---|---|---|
| 16-8-41 | ARMED ROBBERY -/FEL/- | 1 | 1207 | 1 | 1 |
| 16-8-41 | | 1 | 1207 | | |
| 16-5-21 | AGGRAVATED ASSAULT-/FEL/- | 1 | 1314 | 1 | 1 |

1=COUNTY
2=NOT IN A CITY
3=STATE
4=OUT OF STATE
5=UNKNOWN

## PROPERTY

TV,RADIO,ETC.   STOLEN? [X]   RECOVERED? [X]   OTHER [ ]   VALUE $1   RECOVERED VALUE $3

MAKE [ ]   MODEL [ ]   SERIAL# [ ]

DESCRIPTION HAND HELD CORDLESS TELEPHONES

## NARRATIVE

Reporting Officer: 134   KENNETH FARLEY

On 8-4-2016, at approximately 2340 hours, I was dispatched to 7745 Forrest Road, Grantville, Ga., 30220 in regards to a robbery and assault.

STATE OF GEORGIA..
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal
This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office
By: Jnus Nash
Records Clerk of Meriwether County Sheriff's Off .

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

**CASE NUMBER**

16-08-00023

Page 4

**INVESTIGATIVE NARRATIVE**        Reporting Officer:    134        KENNETH FARLEY

arrived on scene approximately 2 minutes after Deputy J. Starnes #124. I went through the back door as he instructed.

When I walked in I observed the victim laying on the floor in the living room. She was bleeding from the face, head, and arms. Her clothes were covered in blood as she had been severely beaten. I noticed both of her forearms appeared to have been broken. She was on oxygen and she had placed the tube in her mouth to get the oxygen, while waiting for emergency responders and law enforcement to arrive.

Deputy Starnes placed a pillow under her head in an attempt to comfort her. I asked her who did this to her and she told me she did not know who they were. I asked her what they looked like and she could only tell me there were three black males, and one black female.

She told me that they were beating on her and asking her where the money was at. She told them that there was no money and that they already got it all the last time.

She told me they continued to beat her and began asking her where Kenneth was at over and over again.

After they finished beating on her, they threw some kind of liquid on her and tried to set her on fire. She had severe burns to the lower and middle part of her back.

Med 1 and Med 2 arrived and began treating her. I advised Sergeant Wommack that an investigator was going to be needed at the scene. He advised Corporal J. Heaton #131 to contact the on call investigator, Inv. J. Durrand #111 and advise him of the situation as he was driving to the scene.

Sergeant Wommack #130 arrived to assist.

I began trying to secure and document the crime scene with my body camera.

The med units requested for life flight to transport to Grady Memorial Center.

Ms. Dow's son who lived with her arrived . He was identified as Mr. William Kenneth Dow (D/O/B 7-17-1952). He asked what had happened and he was informed of the incident.

I asked him where he was this evening and he told me that he left the house around 8:15 pm and went to the movie theatre on 54/34 to see the new Jason Bourne movie showing at 9:10 pm. He told me he was there for about one hour and left the movie to go to Hooters where he got some chicken wings He told me he left Hooters at around 10:38pm and came home to see us in his house.

I told him that his mother had told us the suspects were asking for him by name. I asked him why that would be. He told me because he was the money man. I asked him why he was the money man. He told me he retired from Delta and he was running the blue berry picking of the farm. He told me he had a good idea who may have done this.

He went on to tell me that one of his pickers by the name of Justin had brought in two black males to help with the picking. He then told me that when his other employee identified as Mr. Leon Buchannon (Phone number (678) 673-9074) arrived and seen the two males working and he went to Kenneth and told him that the two boys were family by marriage and they were trouble and that he needed to get rid of them. He knew they had been in trouble with law enforcement before.

Ms. Dow was transported from the scene.

The scene was secured and a crime scene log was generated.

Investigator Durrand #111 arrived on scene. Deputy Starnes and myself walked the scene with Inv. Durrand and due to the nature of the assault, Inv. Durrand requested the G.B.I. Crime Scene Unit to process the scene.

I stayed on scene to keep the scene secured until the G.B.I. arrived . They advised it would be my then and other seter units cleared the scene and returned to service.

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This copy is a true copy of the Original on file in this Office. Witness my hand and official Seal
This 15th day of October A.D., 20 19
Records Clerk Meriwether County Sheriff's Office

By: Shis Nash

Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

CASE NUMBER

16-08-00023

Page 5

**INVESTIGATIVE NARRATIVE**          Reporting Officer:    151        CHARLES BESSE

On Saturday August 06, 2016 at approximately 03:19 hours I observed a vehicle traveling North on Forrest Road that had an inoperative driver side headlight. I then turned around to initiate a traffic stop on the vehicle, activated my emergency equipment, and stopped the vehicle at approximately the 8100 Block of Forrest Road. The vehicle was a tan in color Mazda 626 that displayed Georgia license plate number          I then made contact with the driver, later identified as Calvin Jack Moreland          I identified myself, explained the reason for the traffic stop, and asked to see his driver's license. Moreland advised he was aware of the driver side headlight being inoperative as he was given a written warning by the LaGrange Police Department earlier in the evening.

I then asked Moreland if he was familiar with the incident that took place the previous night barely a half mile South of his residence. Moreland stated he heard what had happened and expressed his concerns over that incident due to his living in the area. I asked Moreland if on the night the incident took place he saw any suspicious persons or vehicles in the area. Moreland said that at approximately 22:50 hours (on August 04, 2016) he observed a burgundy in color, later model, Honda Accord, sitting on Sewell Road at Forrest Road. Moreland said the interior light of the vehicle was on and he saw what appeared to be two females and several males in the vehicle. Moreland said the vehicle appeared to be similar to one that he has seen at a rental house right down the road from where he lives. Moreland said he believed the address may have been 8151 Forrest Road and further added that the rental house is owned by Theresa and Terry Choice. I then asked Moreland if he would be willing to provide his telephone number at which time he provided          Moreland then added that in the past when he has driven back and forth from work, he would see one of the residents at the house and wave to them. Moreland said that since the incident took place, he has not seen anyone at the residence. Moreland was unable to provide a first name for any of the residents however he did recall that one of their last names was Talley. I then concluded the traffic stop and Moreland was released with a verbal warning for the equipment violation.

I then checked the area and was unable to locate 8151 Forrest Road. Based on Moreland's information, I checked the Meriwether County Tax Assessor's information page cross reference the name "Choice" with a physical address. The information page returned 8011 Forrest Road as being registered to Theresa Choice. I then drove by the residence at which time I saw no visible lighting coming from the residence nor did I see any activity at the residence. From my vantage point, I was not able to see a burgundy Honda Accord parked at the residence at this point in time.

**SUPPLEMENT**              Reporting Officer:    134        KENNETH FARLEY

On 8-8-2016, at approximately 2130 hours, I was asked with transporting Mr. Grady to the Spalding County Jail.

When I arrived at the Spalding County Jail, I was met at the front entrance by a member of the jail staff.

They began to search Mr. Grady's person and the deputy had Mr. Grady remove his blue in color polo shirt. When Mr. Grady removed the shirt, I noticed the white in color tank top had what appeared to be dried blood on it. I also noticed some of the same staining on the right upper part of his jeans.

I asked what he had on his clothes. He told me that it was glue from working on a blueberry farm.

I contacted Investigator Durand #111 and informed him of the finding.

Per Inv. Durand, I took custody of the clothing Mr. Grady was wearing:

(1) Blue in color polo shirt
(1) White in color tank top
(1) pair of gray in color jeans
(1) Dark in color belt
(1) Pair of black in color tennis shoes
(1) blue striped in color boxers

I returned to the Meriwether County Sheriffs Office where I placed the clothing into evidence to be processed.

STATE OF GEORGIA

(COUNTY OF MERIWETHER)

This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 20 19 Records Clerk Meriwether County Sheriff's Office

By: Ann Nash

Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

**CASE NUMBER**

16-08-00023

Page 6

**INVESTIGATIVE NARRATIVE**     Reporting Officer:     110     HUGH HOWARD

ON 080516 AT APPROXIMATELY 0000 HRS. I, LT. HUGH HOWARD, WAS CONTACTED VIA TELEPHONE BY SGT. JASON DURAND OF THE MERIWETHER COUNTY SHERIFF'S OFFICE. HE ADVISED THAT HE WAS ENROUTE TO 7745 FORREST RD. GRANTVILLE GA (LOCATED WITHIN THE MERIWETHER COUNTY LIMITS). HE STATED THAT HE HAD BEEN CONTACTED BY MERIWETHER COUNTY SHERIFFS OFFICE DEPUTIES WHO HAD ADVISED HIM THAT ON 080416 SEVERAL BLACK MALE SUBJECTS AND AN BLACK FEMALE HAD ENTERED INTO THE ABOVE RESIDENCE VIA FORCE. THEY HAD ASSAULTED THE HOMEOWNER DOROTHY REED DOW BY STRIKING HER SEVERAL TIMES AND THEN SET HER ON FIRE USING UNKNOWN MEANS. THEY HAD ALSO BEEN YELLING WHERE IS "KENNY" DURING THE ASSAULT AND GOING THROUGH HER BELONGINGS IN AN APPARENT ATTEMPT TO FIND MONEY. HE ADVISED THAT "KENNY" WAS HER SON WILLIAM KENNETH DOW WHO ALSO LIVED AT THE ABOVE RESIDENCE AND THAT THE RESIDENCE HAD RECENTLY BEEN BURGLARIZED (SEE REPORT 16-08-00011). I LEARNED THAT THE ABOVE INFORMATION WAS OBTAINED BY SPEAKING WITH DOROTHY DOW (WHO WAS NOW BEING TRANSPORTED TO GRADY HOSPITAL IN ATLANTA) AND WILLIAM K. DOW WHO HAD RETURNED TO THE ABOVE RESIDENCE TO FIND LAW ENFORCEMENT AT IT AND HIS MOTHER HAD BEEN ASSAULTED. BASED ON THE ABOVE INFORMATION I CONTACTED GBI CRIME SCENE AGENT CHRISTI FROLICK WHO ADVISED THAT THEY WOULD BE ENROUTE AND WOULD PROCESS THE SCENE ON 080516 AT 0700 HRS. I CONFIRMED WITH SGT. JASON DURAND THAT THE SCENE WAS SECURE AND THAT I NEEDED WILLIAM K. DOW ENROUTE TO THE MERIWETHER COUNTY SHERIFF'S OFFICE FOR AN VIDEO TAPED INTERVIEW. I ALSO CONTACTED MAGISTRATE JUDGE S. BROWN AND ADVISED I WOULD NEED TO MEET WITH HER ON 080516 AT 0600 HRS. TO OBTAIN AN SEARCH WARRANT FOR THE ABOVE RESIDENCE SO IT COULD BE PROCESSED BY THE GBI.

UPON MY ARRIVAL AT THE MERIWETHER COUTY SHERIFF'S OFFICE I CONDUCTED AND VIDEO TAPED INTERVIEW WITH WILLIAM K. DOW WHO STATED THE FOLLOWING.

HE HAD EATEN DINNER WITH HIS MOTHER AND HAD BROUGHT CRACKEL BARREL FOR THEM TO EAT.

HE HAD THE GONE TO SEE THE NEW JASON BOURNE MOVIE AT APPROXIMATELY 9 PM THAT EVENING IN NEWAN GA.

HE HAD WATCHED ABOUT AN HOUR OF THE MOVIE BUT LEFT BECAUSE HE DID NOT LIKE IT.

HE HAD THEN GONE TO HOOTERS RESTRUANT IN NEWAN AND HAD SIX WINGS.

HE HAD RETURNED HOME ABOUT 1200 AM AND FOUND SEVERAL DEPUTIES AT HIS RESIDENCE. HE THOUGHT HIS MOTHER HAD AN HEART ATTACK.

HE LEARNED WHAT HAD HAPPENED TO HIS MOTHER FROM THE DEPUTIES AND HE SUSPECTED SEVERAL YOUNG BLACK MALES WHO HAD WORKED AT HIS BLUEBERRY FARM BECAUSE THEY HAD TRIED TO CHEAT HIM OUT OF MONEY BY USING FROZEN BLUEBERRIES IN ORDER TO GET PAID MORE.

THESE MALES HAD BEEN BROUGHT IN BY A JUSTIN GRADY WHO WORKED FOR HIM AND HE FELT THAT GRADY AND LEON BUCHANNON WHO ALSO WORKED FOR HIM WOULD KNOW WHO THEY WERE.

HE HAD NOTHING TO DO WITH WHAT HAD HAPPENED TO HIS MOTHER AND THAT HE OFTEN CARRIED LARGE SUMS OF MONEY WITH HIM. HE FELT THAT WAS WHY THEY HAD COME TO HIS HOUSE.

HE WENT BY THE NAME KENNY.

I THEN CONTACTED LEON BUCHANNON WHO STATED THAT HE WOULD COME IN FOR AN INTERVIEW ON THAT DATE AT 0900 HRS. AND THAT HE WOULD BRING JUSTIN GRADY WITH HIM.

AT 0600 HRS. I MET WITH MAGISTRATE JUDGE S. BROWN WHO SIGNED AN SEARCH WARRANT FOR THE ABOVE RESIDENCE. I THEN TRAVELLED TO THE CRIME SCENE ON FORREST RD. AND MET WITH GBI AGENTS JEREMY DOCKINS AND CHRISTY FROLICK AND SGT. JASON DURAND WHO BEGAN TO PROCESS THE SCENE. WHILE AT THE SCENE AN CUBA SINKFIELD B/M DOB: 022369 ARRIVED ON SCENE AND STATED THAT HE WAS THERE TO MEET WITH WILLIAM DOW TO GET PAID FOR THE WORK HE HAD DONE IN THE BLUEBERRY PATCH. I CONDUCTED AND INTERVIEW WITH HIM AND HE STATED THE FOLLOWING. THE NAME OF ONE OF THE SUBJECTS WHO HAD COME AND PICKED BLUEBERRYS AND HAD ATTEMPTED TO CHEAT WILLIAM DOWN WAS "TAY". HE STATED TAY LIVED IN GRANTVILLE AND HAD SEVERAL PROBLEMS WITH LAW ENFORCEMENT IN THE PAST.

This copy is a true copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 20 19
Records Clerk Meriwether County Sheriff's Office

By: _Jnis Nash_

ric Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

**INVESTIGATIVE NARRATIVE**          Reporting Officer:   110      HUGH HOWARD

SINKFIELD ALSO STATED THAT "TAY" WAS RELATED TO JUSTIN GRADY AND THAT GRADY NEEDED TO BE LOOKED INTO. HE ADVISED THAT HE WANTED TO STAY OUT OF THIS BECAUSE GRADY AND "TAY" WERE IN AN GANG AND HE DID NOT WISH FOR THEM TO COME AFTER HIM.

I THEN CONTACTED DET. EVAN GREASON OF THE GRANTVILLE POLICE DEPT. AND INV. RYAN FOLDS OF THE COWENTA COUNTY SHERIFF'S OFFICE GANG UNIT AND LEARNED THAT "TAY" WAS CORTAVIOUS HEARD AND THAT HE WAS ON FELONY PROBATION AND HAD AN REPORTED ADDRESS IN HOGANSVILLE GA. I ALSO REMEMBERED I HAD ARRESTED HIM FOR AN BURGLARY IN MERIWETHER COUNTY WHEN HE WAS A JUVENILE IN WHICH HE HAD STOLEN AN FIREARM. I ALSO LEARNED THAT CORTAVIOUS HEARD WAS AN ADMITTED MEMBER OF THE BLOODS STREET GANG.

ON 080516 AT APPROXIMATELY 0930 HRS. I CONDUCTED AN INTERVIEW WITH LEON BUCHANNON WHO STATED THAT THINGS HAD STARTED GOING MISSING AT THE BLUEBERRY FARM ONCE JUSTIN GRADY BROUGHT "TAY" TO START WORKING THERE. HE ALSO ADVISED THAT WILLIAM DOW WAS TOO TRUSTING AND OFTEN CARRIED LARGE SUMS OF MONEY WITH HIM.

I THEN SPOKE TO JUSTIN GRADY WHO ADVISED THAT HE HAD WORKED FOR WILLIAM DOW FOR ABOUT FOUR YEARS AND THAT HE WAS RELATED TO "TAY" HE STATED HE WAS THE FATHER OF TAY'S SISTER AND THAT HE WAS AN MEMBER OF THE GANGSTER DISCIPLES AND TAY WAS AN BLOOD.

AFTER THE INTERVIEW I LEARNED THAT JUSTIN GRADY WAS ON PROBATION FOR ARMED ROBBERY THRU GCIC AND PROBATION.

ON 080716 AT 0900 HRS. I RECEIVED AN PHONE CALL FROM CUBA SINKFIELD WHO ADVISED THAT I NEEDED TO LOOK AT JUSTIN GRADY AS BEING INVOLVED WITH THE ABOVE.

ON 080816 AT 0900 HRS. SGT. JASON DURAND AND I WENT TO 703 ASJEW AVE IN HOGANSVILLE GA WITH PROBATION OFFICER DERRICK LOVELACE ALONG WITH HOGANSVILLE PD. THIS WAS THE REGISTERED ADDRESS FOR HEARD AND UPON SPEAKING WITH SUBJECTS AT THAT RESIDENCE WE LEARNED THAT HEARD DID NOT LIVE THERE. PROBATION CONTACTED HEARD VIA PHONE AND HE STATED THAT HE WAS NOW LIVING AT 23 LOVELACE ST. NEWNAN GA AND WOULD BE ENROUTE TO THE MERIWETHER COUNTY SHERIFF'S OFFICE FOR AN INTERVIEW. UPON HIS ARRIVAL HE WAS INTERVIEWED IN AN NON CUSTODIAL INTERVIEW AND STATED THAT HE HAD WORKED AT THE BLUEBERRY FARM AND THAT JUSTIN GRADY WAS HIS SISTERS FATHER. HE ADVISED THAT HE HAD NOTHING TO DO WITH THE HOME INVASION AND DID NOT KNOW ANYTHING ABOUT IT. I EFFECTED AND FOURTH ADMENDMENT WAVIOR AND TOOK HIS SHOES. I ALSO TOLD HIM WE NEEDED HIS PHONE AND TO SEARCH HIS RESIDENCE. HE STATED THAT HIS PHONE WAS AT HIS HOUSE AND WE COULD MEET HIM THERE. HE WAS THEN TRANSPORTED BACK TO HIS RESIDENCE AND UPON HIS ARRIVAL HE STATED HE HAD HIS PHONE ALL ALONG AND HAD BEEN DELETING INFORMATION. UPON FURTHER SEARCHING PROBATION FOUND HE HAD MARIJUANA ON HIM AND HE WAS TAKEN INTO CUSTODY. WHILE HIS ROOM WAS BEING SEARCHED HE WAS ADVISED OF MIRANDA AND AGREED TO SPEAK WITH ME. HE ADVISED THAT HE WANTED TO COME CLEAN AND THAT HE HAD BEEN PRESENT DURING THE HOME INVASION. HE WAS TRANSPORTED BACK TO THE MERIWETHER COUNTY SHERIFF'S OFFICE AND I CONDUCTED AN MIRANDIZED VIDEO TAPED INTERVIEW WITH HIM.

HEARD STATED THE FOLLOWING IN THE ABOVE INTERVIEW.

JUSTIN GRADY HAD CONTACTED HIM AND ASKED HIM TO COME WITH HIM TO DO AN "LICK". HIS GIRLFRIEND MINA CHRISTINE ELLERY AND HER FRIEND ANGEL A. HARMON HAD DRIVEN HIM TO GRANTVILLE AND HE HAD GONE INTO THE FAMILY DOLLAR WHERE HE MET UP WITH JUSTIN GRADY. HE STATED THAT ELLERY AND HARMON LEFT AND HE AND GRADY MET A BLACK FEMALE AND BLACK MALE WHO HE DID NOT KNOW. I HAD RECEIVED A LEAD FROM VIC MCFEE OF THE NEWNAN POLICE DEPT. THAT AN FEMALE NAMED VIVANNE WASHINGTON MAY HAVE BEEN INVOLVED IN THE HOME INVASION. VIC MCFEE HAD RECEIVED THIS INFORMATION FROM AN C.I. AND WHEN I SHOWED HEARD THE PHOTO OF WASHINGTON HE IDENTIFIED HER AS THE FEMALE STATING THAT SHE WAS BUTCH AND WAS WEARING THE SAME BLACK HAT AS IN THE PICTURE ON THE NIGHT OF THE HOME INVASION. HE ADVISED THAT THEY HAD THEN DRIVEN TO THE FORREST RD. LOCATION AND THEN TO A CHURCH WHERE GRADY HAD GOTTEN DRESSED.

STATE WHERE (GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 20 19
Records Clerk Meriwether County Sheriff's Office
By: _____ Nash
Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

**CASE NUMBER**

16-08-00023

Page 8

INVESTIGATIVE NARRATIVE          Reporting Officer:   110      HUGH HOWARD

HEARD ADVISED THAT THEY HAD THEN GONE TO THE FORREST RD. LOCATION AND JUSTIN GRADY HAD KICKED IN THE DOOR AND HAD STRUCK DOROTHY DOW WITH AN PISTOL (SMITH AND WESSON SHORT BARREL REVOLVER) SEVERAL TIMES AND THEN WHEN THEY HAD NOT FOUND THE MONEY THAT HE WAS LOOKING FOR HAD SET HER AFIRE. HE STATED THAT THEY THEN LEFT AND BURNED GRADY'S CLOTHING AND DISPOSED OF THE PHONES THAT HAD BEEN TAKEN SO DOROTHY DOW COULD NOT CALL THE POLICE. ON AN ROAD APPROXIMATELY 10 MILES AWAY. HE STATED THAT HE HAD GONE INTO THE HOUSE BUT HAD LEFT WHEN GRADY HAD STARTED TO HIT DOW. HE ADVISED THAT THEY HAD THEN LEFT AND HE HAD GONE BACK TO NEWNAN.

BASED ON THE ABOVE SGT. JASON DURAND OBTAINED WARRANTS ON WASHINGTON AND GRADY AND BOTH WERE PICKED UP BY VIC MCFEE IN NEWNAN AND GRANTVILLE. THEY WERE TRANSPORTED TO THE MERIWETHER COUNTY SHERIFF'S OFFICE AND GRADY INVOLKED HIS RIGHTS AND WAS NOT INTERVIEWED. I THEN INTERVIEWED WASHINGTON WHO INVOLKED HER RIGHTS AND BOTH WERE TRANSPORTED TO THE MERIWETHER COUNTY JAIL. WHEN I WAS TRANSPORTING GRADY TO THE JAIL HE SAW HEARD IN A HOLDING CELL AND BEGAN YELLING "JUST STAY STRONG AND QUIET, IF YOU DON'T TALK THEY GOT NOTHING". HEARD ALSO BEGAN YELLING AS I WALKED PASSED HIS HOLDING CELL WITH WASHINGTON "THATS HER THATS THE BITCH" HE ALSO ADVISED THAT SHE WAS WEARING THE SAME BLACK HAT AS SHE HAD THE NIGHT OF THE HOME INVASION. I WAS LATER ADVISED THAT WASHINGTON WANTED TO SPEAK WITH ME AND I REREAD HER MIRANDA RIGHTS AND SHE STATED SHE WAS NOT INVOLVED IN THIS AND STATED SHE WOULD TAKE A POLYGRAPH. SHE WAS TRANSPORTED TO THE LAGRANGE POLICE DEPT. WHERE SHE WAS POLYGRAPHED BY GREG CORBIT AND FAILED. SHE ADVISED SHE HAD BEEN THERE AND BEEN INVOLVED IN THE HOME INVASION. SHE STATED SHE HAD MET THE OTHER PEOPLE AT THE NEWNAN PARK AND SHE DID NOT KNOW ANY OF THEM. SHE THEN STATED THAT SHE WAS NOT AT THE HOME INVASION AND KNEW NOTHING ABOUT IT. WASHINGTON WAS TRANSPORTED TO THE MERIWETHER COUNTY SHERIFF'S OFFICE.

ON 080916 I TRAVELED TO C.E.C. SCHOOL IN NEWNAN AND CONDUCTED AN NON CUSTODIAL INTERVIEW WITH MIMA ELLERY. PRESENT WAS SGT. JASON DURAND AND VIC MCFEE. IN THE INTERVIEW SHE ADVISED SHE HAD TAKEN HEARD TO MEET WITH GRADY IN GRANTVILLE AND THEN HAD LEFT WITH ANGEL HARMON. SHE STATED THAT HEARD HAD BEEN CONTACTED BY GRADY TO GO DO A "LICK" AND HAD LATER CALLED HER TELLING HER HOW IT HAD GONE BAD AND THAT GRADY HAD HIT AND LITE AFLAME THE OLD WOMAN. SHE ADVISED THAT OVER THE WEEK END GRADY HAD COME TO HEARDS HOUSE AND ADVISED WHAT HAD HAPPENED AT THE HOME INVASION. '

ON 080916 I REINTERVIEWED HEARD WHO ADVISED THAT HE HAD MADE UP THE FACT THAT WASHING WAS WITH THEM BECAUSE HE DID NOT WISH TO GET HIS GIRLFRIEND OR ANGEL INTROUBLE. HE STATED THAT MIMA ELLERY AND ANGEL HARMON HAD DRIVEN WITH HIM AND THAT THEY HAD BEEN AT THE HOME INVASION. HE WAS TRANSPORTED TO THE LAGRANGE POLICE DEPT. AND GIVEN AN POLYGRAPH AND PASSED. WASHINGTON WAS RELEASED AND TRANSPORTED HOME. SHE ADVISED ME SHE MIGHT HAVE FAILED THE POLYGRAPH BECAUSE SHE HAD BEEN INVOLVED WITH SOMETHING IN NEWNAN WITH AN GIRL NAMED HANNA.

ON 081016 AT 1000 HRS. I RETURNED TO C.E.C. HIGH SCHOOL WITH OFFICER VIC MCFEE AND AGENT KIM FLOURNOY OF THE MERIWETHER COUNTY SHERIFF'S OFFICE. I SPOKE TO MIMA ELLERY IN AN NON CUSTODIAL AUDIO TAPED INTERVIEW AND SHE ADVISED THAT SHE AND ANGEL HARMON HAD GONE TO THE HOME INVASION. THAT THEY HAD MADE ENTRY INTO THE HOUSE AND THAT THEY HAD STOLEN ITEMS FROM THE HOUSE. SHE ADVISED THAT GRADY HAD A REVOLVER DURING THE HOME INVASION AND HAD STRUCK DOW SEVERAL TIMES. SHE ALSO ADVISED SHE AND HARMON HAD BEEN PRESENT WHEN HEARD AND GRADY ATTEMPTED TO DISPOSE OF EVIDENCE BY BURNING IT. I THEN HAD HER MAKE CONTACT WITH HARMON AND SET UP AN INTERVIEW WITH HARMON AT THE NEWNAN POLICE DEPT.

ON 081016 AT 1100 HRS. I TRAVELED TO THE NEWNAN POLICE DEPT AND CONDUCTED AN VIDEO TAPED MIRANDIZED INTERVIEW WITH HARMON. SHE ADMITTED THAT SHE HAD DRIVEN THE ABOVE PARTIES TO FORREST RD.

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Jnis Nash
Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

CASE NUMBER

16-08-00023

Page 9

INVESTIGATIVE NARRATIVE          Reporting Officer:    110        HUGH HOWARD

SHE STATED THAT SHE HAD GONE INTO THE HOUSE AND STOLEN ITEMS. SHE ALSO ADVISED THAT SHE SAW GRADY BEAT AND SET DOW ON FIRE. SHE ADVISED THAT SHE HAD DRIVEN HER CAR (A2013 HYUNDAI ELANTRA TAG# ███████ TO THE SCENE AND THAT IT WAS PARKED OUTSIDE. I TOLD HER I NEEDED HER TO COME TO THE MERIWETHER COUNTY SHERIFF'S OFFICE FOR FURTHER INTERVIEWS AND SHE STATED THAT WAS OK. I TOWED HER CAR WITH FAVORS WRECKER TO THE MERIWETHER COUNTY SHERIFF'S OFFICE FOR PROCESSING BY THE GBI AND SHE ADVISED THAT THERE WERE CHECKS INSIDE THE VEHICLE THAT BELONGED TO DOW. ON THE WAY BACK I STOPPED BY THE C.E.C. HIGH SCHOOL AND MIMA ELLERY WAS PICKED UP (AT THIS POINT SGT. JASON DURAND HAD OBTAINED AN WARRANT FOR HER ARREST). BOTH HARMON AND ELLERY WERE TRANSPORTED TO THE MERIWETHER COUNTY SHERIFF'S OFFICE JAIL AND UPON ARRIVING WERE PLACED UNDER ARREST. WHILE ENROUTE TO THE SHERIFF'S OFFICE BOTH GIRLS WERE LAUGHING ABOUT ITEMS THAT THEY HAD TAKEN IN THE HOME INVASION.

ON 081116 AT 1000 HR. I WAS ADVISED BY CAPT. GREG LUESCHER OF THE MERIWETHER COUNTY JAIL THAT HE HAD RECEIVED A CALL FROM SPALDING COUNTY SHERIFF'S OFFICE AND THAT JUSTIN GRADY WISHED TO SPEAK WITH US. SGT. JASON DURAND AND I TRAVELLED TO THE ABOVE LOCATION AND WHILE TRANSPORTING GRADY TO THE SHERIFF'S OFFICE HE ASKED IF I COULD CALL HIS MOTHER FOR HIM TO SPEAK TO HER. I DID SO AND SHE ADVISED HIM TO TELL THE TRUTH AND PRAY ON IT. HE BEGAN TO CRY. UPON RETURNING TO THE SHERIFF'S OFFICE I READVISED HIM OF HIS MIRANDA RIGHTS AND CONFIRMED THAT HE HAD REQUESTED TO SPEAK TO US IN AN VIDEO TAPED INTERVIEW. HE ADVISED THAT HE HAD GONE TO THE HOME INVASION WITH HEARD, ELLERY AND HARMON. HE STATED THAT HE HAD STOLE ITEMS FROM THE HOUSE BUT HE STATED THAT IT WAS HEARD THAT HAD BEAT AND SET DOW ON FIRE. HE ALSO ADVISED A REVOLVER WAS USED IN THE ASSAULT. HE STATED THAT HE HAD BEEN PRESENT WHEN DOW WAS SET ON FIRE AND HE COULD STILL HEAR HER SCREAMS. HE STATED THAT HEARD HAD DESTROYED THE CLOTHING AND EVIDENCE FOUND ON SEWELL RD. AT THE END O THE INTERVIEW HE WAS TRANSPORTED BACK TO SPALDING COUNTY.

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Amy Nash
Records Clerk of Meriwether County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

CASE NUMBER

16-08-00023

Page 10

INVESTIGATIVE NARRATIVE          Reporting Officer:    111       JASON DURAND

on 08/04/2016 I, SGT DURAND, DID RECIEVE A PHONE CALL FROM CPL. HEATON REFERENCE TO A HOME INVASION THAT HAD JUST OCCURRED AT 7745 FORREST RD. UPON ARRIVAL THE SCENE HAD BEEN SECURED WITH YELLOW CRIME SCENE TAPE AND THE VICTIM A DOROTHY DOW HAD BEEN TRANSPORTED TO GRADY TRAUMA UNIT IN ATLANTA, GA. AFTER ARRIVING ON SCENE AND DISCOVERING WHAT HAD OCCURRED TO THE VICITM AND HER CONDITION I THEN CONTACTED LT. HOWARD AND ADVISED HIM THAT I WOULD NEED ASSISTANCE IN OBTAINING A SEARCH WARRANT AND HAVING THE GBI CRIME SCENE UNIT RESPOND TO THE RESIDENCE FOR PROCESSING THE AREA.

AFTER DETERMINING THAT THE GBI CRIME SCENE UNIT WOULD RESPOND IN THE EARLY MORNING HOURS FOR BETTER LIGHTING I ADVISED SGT WOMMACK THAT HE SCENE WOULD NEED TO BE HELD SECURE BY POSTING A DEPUTY AT THE RESIDENCE TILL THE GBI CRIME SCENE ARRIVED AT THE RESIDNCE.

WHILE I WAS AT THE RESIDENCE I DID TAKE INTO EVIDENCE A BLUE BLANKET FROM EMS PERSONNEL. THE BLUE BLANKET WAS PLACED ON THE VICTIM AFTER RESPONDING DEPUTIES ARRIVED ON SCENE.

I THEN TRAVELED TO GRADY HOSPITAL TRAUMA UNIT TO SPEAK WITH DOROTH DOW. WHEN I ARRIVED AT THE HOSPITAL, I OBSERVED DOW ON A BACK BOARD WITH A C SPINE COLLAR ON. DOW WAS ALERT AND TALKING WHILE I WAS PRESENT IN THE ROOM. I DID A SHORT AUDIO TAPED INTERVIEW WITH DOW. DOW STATED THAT SHE WAS ASLEEP IN HER BED WHEN SHE HEARD SOME NOISE AT THE BACK DOOR. DOW THOUGHT THAT IT COULD HAVE BEEN HER SON, KENNETH DOW, COMING HOME. DOW STATED THAT AN UNKNOWN B/M DID ENTER INTO HER ROOM DEMANDING MONEY AND ASKING WHERE KENNY IS. DOW STATED THAT SHE TOLD THE SUSPECT SHE DID NOT HAVE ANY MONEY AT WHICH TIME THE SUSPECT BEGAN TO HIT HER WITH A GUN OR SOMETHING SIMILAR TO A GUN. DOW STATED THAT SHE COULD HEAR SEVERAL OTHER INDIVIDUALS IN THE HOUSE GOING THROUGH DRAWS AND OTHER ITEMS IN THE RESIDENCE. DOW DID STATE THAT SHE COULD HEAR ATLEAST ONE FEMALES VOICE INSIDE THE RESIDENCE, AND THAT THERE WAS 2/3 MALES AS WELL. DOW STATED THAT SHE COULD NOT IDENTIFY THE INDIVIDUALS DUE TO THE INTERIOR OF THE RESIDENCE WAS DARK. DOW STATED THAT SHE COULD NIETHER IDENTIFY THESE INDIVIDUALS BY THE TONE OF THE VOICE. I ASKED DOW IF SHE COULD ADVISE ME A TIME FRAME FROM THE TIME THE INDIVIDUALS LEFT THE RESIDENCE TO THE TIME SHE CONTACTEC 911, SHE ADVISED ME THAT IT COULD HAVE BEEN 5 MINUTES TO AN HOUR, SHE WAS UNSURE OF THE TIME.

WHILE SPEAKING WITH DOW, I DID OBSERVE HER LEFT ARM IN A SPLINT, A LARGE LARCERATION ON HER CHIN, SEVERAL BRUISES ON HER ARMS, FACE AND NECK. I ALSO OBSERVED AND SMELLED THE ODOR OF CHARRED HAIR FROM DOW. WHILE AT THE HOSPITAL I DID TAKE INTO EVIDENCE THE NIGHT GOWN THAT DOW WAS WEARING AT THE TIME.

I THEN TRAVELED BACK TO THE ORIGINAL SCENE LOCATED AT 7745 FORREST RD. WHEN I ARRIVED AGENTS DOCKINS, FROLICK, AND OTHER AGENT WERE ALREADY ON SCENE. I DID ACCOMPANY THEM INTO THE CRIME SCENE POINTING OUT EVIDENCE THAT I HAD ALREADY MARKED WHEN I ENTERED INTO THE RESIDENCE EARLIER THAT MORNING. I DID STAY ON SCENE UNTIL THEY HAD FINISHED PROCESSING THE EXTERIOR AND INTERIOR OF THE RESIDENCE.

SHORTLY AFTER FINISHING THE PROCESSING OF 7745 FORREST RD. DEP. PEARSON CONTACTED VIA PHONE AND ADVISED ME THAT HE DISCOVERED SOME ITEMS AT THE END OF SEWELL RD AND MERIWETHER PARK DR THAT MIGHT BE OF EVIDENTARY VALUE. UPON ARRIVAL AT THE LOCATION I DID OBSERVE A GREY IN COLOR JACKET THAT WAS PARTIALLY BURNED ALONG WITH ONE LATEX GLOVE. WHILE WAITING ON AGENTS WITH THE GBI TO COME AND PHOTOGRAPH AND COLLECT EVIDENCE WE DISCOVERED A CONTAINER OF CHARCOAL LIGHTER FLUID IN THE WOODS APPROXIMATELY 15' FROM THE CLOTHING. I DID RECOGNIZE THE LIGHTER FLUID AS THE SAME KIND OF LIGHTER FLUID THAT WAS LOCATED IN THE KITCHEN OF DOROTHY DOW. AS WE WERE LEAVING THE AREA TRAVELING EAST ON SEWELL RD WE LOCATED A PORTABLE SAMSUNG PHONE LYING IN THE ROADWAY. THE PHONE IS THE SAME BRAND THAT WAS TAKEN FROM THE RESIDENCE OF DOW. AFTER EXITING OUR VEHICLE AND WALKING THE ROADWAY WE WERE ABLE TO LOCATE TWO ADDITIONAL

This Copy is a True Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019

Records Clerk Meriwether County Sheriff's Office

By: Amis Nash

Records Clerk of Meriwather County Sheriff's Office

MERIWETHER CO SHERIFF'S OFFICE

GA0990000

**INCIDENT REPORT**

Internal Copy

**CASE NUMBER**

16-08-00023

Page 11

**INVESTIGATIVE NARRATIVE**        Reporting Officer:    111        JASON DURAND

ALL THE PHONES WERE LOCATED ON THE SOUTH SIDE OF SEWELL RD EITHER ON THE ROADWAY OR JUST OFF THE ROADWAY. THE PHONES WERE PHOTOGRAPHED AND COLLECTED BY THE GBI. ADDITIONALLY IN THE SAME AREA LT WORDEN DID LOCATE AND COLLECT SEVERAL LATEX GLOVES ALONG WITH AN IPAD COVER, AND WHITE PAPER TOWELS WITH WHAT APPEARED TO BE BLOOD ON THEM.

**INVESTIGATIVE NARRATIVE**        Reporting Officer:    111        JASON DURAND

I, SGT DURAND, ALONG WITH THE NTF, GBI, AND COWETA COUNTY DID SERVE A SEARCH WARRANT AT 92 MERIWETHER ST LOCATED IN GRANTVILLE, GA ON 08/18/2016 @ 1400 HRS. UPON ARRIVAL I DID KNOCK AND ANOUNCE, NO ONE WAS PRESENT AT THE RESIDENCE. WE WERE ABLE TO GAIN ENTRY THROUGH AND UNLOCKED DOOR AT THE REAR OF THE RESIDENCE. WE DID CLEAR THE RESIDENCE, AND THEN BEGAN OUR SEARCH. OUR SEARCH WAS CONCENTRATED IN THE REAR LEFT BEDROOM OF THE RESIDENCE AS THIS WAS JUSTIN GRADY'S BEDROOM. LOCATED IN JUSTIN GRADY'S BEDROOM WE LOCATED A PAIR OF MAROON IN COLOR SHORTS WITH A BURN AREA ON THE RIGHT LEG, A PAIR OF BLUE NIKE AIR JORDAN SHOES SIZE 9, AND A PAIR OF NIKE BLACK ACG SIZE 8 1/2. LOCATED IN THE MASTER BEDROOM OF THE RESIDENCE WAS A PAIR OF BLUE LATEX GLOVES. GBI CRIME SCENE DID PHOTOGRAPH THE RESIDENCE, AND EVIDENCE BEFORE COLLECTION.

**INVESTIGATIVE NARRATIVE**        Reporting Officer:    111        JASON DURAND

ON 08/19/2016 AT 0730 HRS I, ALONG WITH THE NEWNAN POLICE DEPARTMENT, COWETA COUNTY SHERIFF'S OFFICE, NTF, GBI, AND MERIWETHER COUNTY DID EXECUTE A SEARCH WARRANT AT 17 WESTSIDE DR LOCATED IN NEWNAN, GA. UPON ARRIVAL SEVERAL OCCUPANTS OF THE RESIDENT WERE EXITING THE DOOR, THE NTF DID ENTER INTO THE RESIDENCE AS THE FRONT DOOR WAS OPEN AND SECURE ALL OCCUPANTS. WE CONDUCTED A SEARCH OF THE ENTIRE RESIDENCE, WE DID NOT COLLECT ANY EVIDENCE THAT PERTAINS TO THIS CASE.

**INVESTIGATIVE NARRATIVE**        Reporting Officer:    111        JASON DURAND

, SGT DURAND, ALONG WITH NTF, GBI, COWETA COUNTY SHERIFF'S OFFICE DID EXECUTE A SEARCH WARRANT AT 30 HAPPY VALLEY TRAIL LOCATED IN COWETA COUNTY ON 08/19/2016 AT 0830 AM. WE CLEARED THE RESIDENCE, AND BEGAN OUR SEARCH. I DID COLLECT ONE BLUE LATEX GLOVE FROM THE GARAGE. AFTER BEGINING OUR SEARCH BARBARA HARMON DID RETURN HOME AT WHICH TIME I DID PROVIDE HER WITH A COPY OF THE SEARCH WARRANT. A SHORT TIME AFTER HER ARRIVAL HER HUSBAND MR. HARMON DID ARRIVE AT THE RESIDENCE. UPON SPEAKING WITH MR. HARMON HE ADVISED HE DID WORK FOR THE US POSTAL SERVICE AND STATED THAT THE BLUE LATEX GLOVE IN THE GARAGE BELONGED TO HIM, AS HE USED THE GLOVES WHILE DELIEVERING MAIL. THE GBI DID PHOTOGRAPH THE RESIDENCE AND PROPERTY THAT WAS SIEZED.

**SUPPLEMENT**        Reporting Officer:    120        CARL HEARN

On August 31, 2016 at around 1000 hours, I Deputy Arnold and Sgt Hearn went to Spalding County Sheriff's Office located at 401 Justice Blvd Griffin GA in reference to picking up Justin Grady for a warrant service and for a first appearance bond hearing. Upon arrival in the jail, I made contact with Justin Grady. I conducted a search of Justin for any weapons or contraband. I then placed Justin in handcuffs with a restraint belt. I checked the handcuffs for proper fit and doubled locked them. I then placed ankle shackles on Justin and checked for proper fit before double locking the shackles. Justin Grady was then transported to the Meriwether Co Sheriffs Office without incident. Justin was served with Home Invasion (16-7-5) warrant #16-000720, Malice Murder (16-5-1) warrant #16-000773, Felony Murder (16-5-1)(c) warrant #16-000774. Justin was taken in front of a judge by jailors for his first appearance bond hearing. Justin was then transported back to the Spalding County Sheriffs Office with out incident. Justin was then turned over to the jail with out incident. Nothing Further.

**INVESTIGATIVE SUMMARY**        Reporting Officer:    110        HUGH HOWARD

ON 102616 AT 1000 HRS. I, LT. HUGH HOWARD, WAS ABLE TO LOCATE IN PUBLIC RECORDS. THE ORGINAL CASE FILE OF JUSTIN GRADYS PRIOR ARMED ROBBERY CHARGE IN MERIWETHER COUNTY CASE NUMBER 99-08-0014. TURNED OVER TO DA'S OFFICE.

STATE OF GEORGIA

(COUNTY OF MERIWETHER)

This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019

Records Clerk Meriwether County Sheriff's Office

By: *Janis Nash*

Records Clerk of Meriwether County Sheriff's Office

**Inmate Activty Report**

Inmate:    20464 - HEARD, CORTAVIOUS DESHUN
Book Date:   08/08/2016 15:26

**MERIWETHER CO SHERIFF'S OFFICE**

GA0990000

Report run on:  Wednesday September 11, 2019 7:49 AM                    Page 1 of 1

### Release Information

| Released: | 04/25/2019 07:48 | Type/Description: | TR - JACKSON GDCP | Authority: | LT HOWARD |
|---|---|---|---|---|---|
| Officer: | J12 - J. THOMAS | | Remarks: | | |

### Bank Account Activity

| Date/Time | Deposit | Withdrawl | Receipt | Officer |
|---|---|---|---|---|
| 08/08/2016 15:26 | 0 | 0.00 | | J5 - M. MANN |

### Activities

| Date/Time | Activity |
|---|---|
| 09/21/2016 10:01 | TEMP RELEASE: HO – HOUSED |
| Explanation | |
| HEARD CO | |
| Date/Time | Activity |
| 10/20/2016 11:25 | TEMP RELEASE: TR – TRANSFER |
| Explanation | |
| HOUSING HEARD CO | |
| Date/Time | Activity |
| 12/12/2017 14:24 | TEMP RELEASE: HO – HOUSED |
| Explanation | |
| HEARD CO SO | |

### Hall/Cell Movement

| In Date/Time | Hall | Cell | Bed | Out Date/Time | Remarks |
|---|---|---|---|---|---|
| 08/08/2016 15:26 | ISO | 2 | | 08/10/2016 08:35 | FROM INITIAL BOOKING. |
| 08/10/2016 08:35 | ISO | 3 | | 08/10/2016 15:12 | PER CAPT LUESCHER |
| 08/10/2016 15:12 | 5 | 5 | | 08/10/2016 16:01 | PER CAPT LUESCHER |
| 08/10/2016 17:33 | ISO | 1 | | 09/21/2016 10:01 | PER 104 |
| 09/21/2016 10:01 | | | | 10/20/2016 06:34 | RELEASE |
| 10/20/2016 06:34 | BOOK | 1 | | 10/20/2016 11:25 | RETURN TO CURRENT POPULATION. |
| 10/20/2016 11:25 | | | | 12/12/2017 12:44 | RELEASE |
| 12/12/2017 14:16 | BOOK | 1 | | 12/12/2017 12:44 | RETURN TO CURRENT POPULATION. |
| 12/12/2017 14:24 | | | | 04/17/2019 12:44 | RELEASE |
| 04/17/2019 12:44 | ISO | 5 | | 04/25/2019 07:48 | RETURN TO CURRENT POPULATION. |
| 04/25/2019 07:48 | | | | 04/25/2019 07:48 | RELEASE |

### Jail Holds

| Agency Name | Hold Date/Time | | Reason |
|---|---|---|---|
| COWETA CO SO | 08/08/2016 | 1455 | VOP |
| MERIWETHER CO SHERIFF'S OFFICE | | | PROBATION HOLD |

### Inmate Releases

| Release Date/Time | | Release Type | Releasing Officer | |
|---|---|---|---|---|
| 09/21/2016 | 1001 | HEARD CO | J10 | R. CHAPMAN |
| 10/20/2016 | 1125 | HOUSING HEARD CO | J19 | K. JACKSON |
| 12/12/2017 | 1424 | HEARD CO SO | J10 | R. CHAPMAN |
| 04/25/2019 | 0748 | JACKSON GDCP | J12 | J. THOMAS |

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: _Snns Nash_ ☞
Records Clerk of Meriwether County Sheriff's Office

Copyright © Eagle Advantage Solutions, Inc.

# Inmate Activty Report

**Inmate:** 12046 - GRADY, JUSTIN PIERCE
**Book Date:** 08/08/2016 21:46

## MERIWETHER CO SHERIFF'S OFFICE
GA0990000

*Report run on: Wednesday September 11, 2019 7:47 AM*

### Release Information

| Released: | 04/30/2019 07:59 | Type/Description: | TR - JACKSON GDCP | Authority: | LT HOWARD |
|---|---|---|---|---|---|
| Officer: | J12 - J. THOMAS | | Remarks: | | |

### Bank Account Activity

| Date/Time | Deposit | Withdrawl | Receipt | Officer |
|---|---|---|---|---|
| 08/08/2016 21:46 | 0 | 0.00 | | J18 - E. BECK |
| 08/08/2016 19:54 | 0 | 0.00 | | J18 - E. BECK |

### Activities

| Date/Time | Activity |
|---|---|
| 08/08/2016 21:55 | TEMP RELEASE: HO - HOUSED |
| **Explanation** HOUSED AT SPALDING | |

| Date/Time | Activity |
|---|---|
| 08/08/2016 23:46 | TEMP RELEASE: HO - HOUSED |
| **Explanation** TROUP CO. | |

| Date/Time | Activity |
|---|---|
| 08/08/2016 23:57 | TEMP RELEASE: HO - HOUSED |
| **Explanation** SPALDING CO | |

| Date/Time | Activity |
|---|---|
| 08/25/2016 13:00 | TEMP RELEASE: TR - TRANSFER |
| **Explanation** SPALDING CO | |

| Date/Time | Activity |
|---|---|
| 08/31/2016 11:04 | TEMP RELEASE: HO - HOUSED |
| **Explanation** SPALDING | |

| Date/Time | Activity |
|---|---|
| 12/12/2017 13:52 | TEMP RELEASE: HO - HOUSED |
| **Explanation** SPALDING CO SO | |

| Date/Time | Activity |
|---|---|
| 12/15/2017 11:11 | TEMP RELEASE: TR - TRANSFER |
| **Explanation** SPAULDING CO | |

| Date/Time | Activity |
|---|---|
| 01/11/2018 08:42 | TEMP RELEASE: TR - TRANSFER |
| **Explanation** COWETA CO SO | |

### Hall/Cell Movement

| In Date/Time | Hall | Cell | Bed | Out Date/Time | Remarks |
|---|---|---|---|---|---|
| 08/08/2016 21:46 | BOOK | 2 | | 08/08/2016 21:55 | FROM INITIAL BOOKING. |
| 08/08/2016 21:55 | | | | 08/08/2016 05:55 | RELEASE |
| 08/08/2016 23:43 | BOOK | 1 | | 08/08/2016 05:55 | RETURN TO CURRENT POPULATION. |
| 08/08/2016 23:46 | | | | 08/08/2016 05:55 | RELEASE |
| 08/08/2016 23:56 | BOOK | 1 | | 08/08/2016 05:55 | RETURN TO CURRENT POPULATION. |
| 08/08/2016 23:57 | | | | 08/25/2016 05:55 | RELEASE |
| 08/25/2016 05:55 | BOOK | 1 | | 08/25/2016 13:00 | RETURN TO CURRENT POPULATION. |
| 08/25/2016 13:00 | | | | 08/31/2016 10:21 | RELEASE |
| 08/31/2016 10:21 | BOOK | 1 | | 08/31/2016 11:04 | RETURN TO CURRENT POPULATION. |

Copyright © Eagle Advantage Solutions, Inc.

STATE OF GEORGIA
(COUNTY OF MERIWETHER)

This is a true Copy of the Original on file in this Office. Witness my hand and Office Seal this 15th day of October A.D., 2019

Records Clerk Meriwether County Sheriff's Office

By: *[signature]* Jessi Nash

Records Clerk of Meriwether County Sheriff's Office

## Inmate Activty Report

**MERIWETHER CO SHERIFF'S OFFICE**
GA0990000

Inmate:    **12046 - GRADY, JUSTIN PIERCE**
Book Date:    **08/08/2016 21:46**

*Report run on:* **Wednesday September 11, 2019 7:47 AM**

Page 2 of 2

### Hall/Cell Movement

| In Date/Time | Hall | Cell | Bed | Out Date/Time | Remarks |
|---|---|---|---|---|---|
| 08/31/2016 11:04 | | | | 12/12/2017 07:58 | RELEASE |
| 12/12/2017 13:33 | BOOK | 1 | | 12/12/2017 07:58 | RETURN TO CURRENT POPULATION. |
| 12/12/2017 13:52 | | | | 12/15/2017 07:58 | RELEASE |
| 12/15/2017 07:40 | BOOK | 1 | | 12/15/2017 07:58 | RETURN TO CURRENT POPULATION. |
| 12/15/2017 11:11 | | | | 01/11/2018 07:58 | RELEASE |
| 01/11/2018 08:42 | BOOK | 1 | | 04/30/2019 07:58 | RETURN TO CURRENT POPULATION. |
| 01/11/2018 08:42 | | | | 04/30/2019 07:58 | RELEASE |
| 04/30/2019 07:58 | BOOK | 1 | | 04/30/2019 07:59 | RETURN TO CURRENT POPULATION. |
| 04/30/2019 07:59 | | | | 04/30/2019 07:59 | RELEASE |

### Jail Holds

| Agency Name | | Hold Date/Time | | Reason |
|---|---|---|---|---|
| COWETA CO SO | | 08/09/2016 | 1048 | WARRANTS |

### Inmate Releases

| Release Date/Time | | Release Type | Releasing Officer | |
|---|---|---|---|---|
| 08/08/2016 | 2155 | HOUSED AT SPALDING | J9 | B. CARLISLE |
| 08/08/2016 | 2346 | TROUP CO. | J18 | E. BECK |
| 08/08/2016 | 2357 | SPALDING CO | J18 | E. BECK |
| 08/25/2016 | 1300 | SPALDING CO | J8 | J. CARPENTER |
| 08/31/2016 | 1104 | SPALDING | J10 | R. CHAPMAN |
| 12/12/2017 | 1352 | SPALDING CO SO | J10 | R. CHAPMAN |
| 12/15/2017 | 1111 | SPAULDING CO | J9 | G. FARRAR |
| 01/11/2018 | 0842 | COWETA CO SO | J12 | J. THOMAS |
| 04/30/2019 | 0759 | JACKSON GDCP | J12 | J. THOMAS |

Copyright © Eagle Advantage Solutions, Inc.

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Jnus Nash
Records Clerk of Meriwether County Sheriff's Office



# LAGRANGE POLICE DEPARTMENT

100 West Haralson Street, LaGrange, Georgia 30240
Telephone: 706-883-2603     Fax: 706-883-2606
e-mail: officeofchiefofpolice@lagrange-ga.org

**LOUIS M. DEKMAR**
*Chief of Police*
Phone 706-883-2610
Fax 706-883-2645

MIKE PHEIL
*Captain*
Patrol Division
706-883-2622

ANDREÈ ROBINSON
*Captain*
Support Division
706-883-2616

DALE STRICKLAND
*Lieutenant*
Administrative Services
Division
706-883-2652

ROBERT MOORE
*Sergeant*
Office of Professional
Standards
706-883-2631

August 8, 2016.

Investigator  Jason Durand
Meriwether County Sheriff's Office
17400 Roosevelt Highway
Greenville, GA 30222

**RE: Aggravated Assault: Vivianne WASHINGTON**

Dear Investigator Durand,

On August 8, 2016, **Vivianne WASHINGTON** was administered a polygraph examination concerning an aggravated assault investigation. It is the polygraphist's opinion that the physiological responses indicative of deception, <u>WERE NOTED</u> when **Vivianne WASHINGTON** answered "No" to the following relevant questions:

**"Were you in that house last Thursday night?"**
**"Were you present when that woman was beaten and burnt?"**

Therefore, it is the polygraphist's opinion that the chart recordings indicate that **Vivianne WASHINGTON** <u>was deceptive</u>.

Respectfully,

Greg Corbett.
Polygraph Examiner.

Encl: Waivers.



STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 20 19
Records Clerk Meriwether County Sheriff's Office

By: Jus Nash
Records Clerk of Meriwether County Sheriff's Office

LaGrange Police Department

STATE OF GEORGIA                Date: 8·8·16

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

. VS.                           Place: LaGrange

MYIANNE WASHINGTON

## STIPULATION

It is hereby agreed and stipulated that Gregory Corbett, LaGrange Police Department is an expert polygraph examiner. It is also stipulated that any questions propounded by said examiner, relating to the above-styled case, and the answers thereto given by the examinee, and the recording of said examinee's reactions thereto, and everything appertaining to said examination and the entire results of said examination including the opinion of said examiner as to the truth or falsity of said answers, be received in evidence in the above-styled case, either on behalf of the State, or on behalf of the examinee, and the said examinee hereby waives his/her constitutional rights and privileges against self-incrimination to the extent the same may be involved in the presentation into evidence of the foregoing matters. It is expressly stipulated that the foregoing shall not constitute a waiver of the examinee's privileges against self-incrimination except as set forth above.

..............................................
Examinee

..............................
Attorney for defendant

.........................................
Signature of Prosecutive Officer

..............................
Title of Prosecutive Official

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal
This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office
By: Tris Nash
Records Clerk of Meriwether County Sheriff's Office

LAGRANGE POLICE DEPARTMENT

LAGRANGE, TROUP COUNTY, GEORGIA

# — YOUR RIGHTS —

Place: LaGrange

Date 8·8·16

Time 0917.

## Before we ask you any question, you must understand your rights:

• You have the right to remain silent.

• Anything you say can be used against you in Court.

• You have the right to talk to a lawyer for advice before we ask you any questions, and to have him with you during questioning.

• If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

• If you decide to answer any questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

*********************************WAIVER OF RIGHTS*********************************

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me, and no pressure or coercion of any kind has been used against me.

Signed _____

Address ███████████████

███████████████

Witness _____

Witness _____

Grade Completed in School ___ 12ᵗᵉ

Name of School East

STATE OF GEORGIA (COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal

This 1st day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Gaus Nash

Records Clerk of Meriwether County Sheriff's Office

LaGrange Police Department

## POLYGRAPH EXAMINATION WAIVER

Place: LaGrange

Date: _8·8·16_         Time: _0920_

I, _Vivianne Washington_ _____ have been requested by

_Inv. J. Dobrowol_ _____, to submit to a polygraph examination

_home invasion_ _____.

*************************

With respect to that request, I have been advised:

    (a) that I have the right to consult with an attorney prior to making any
        decision concerning the examination; _VW_

    (b) that the polygraph examination will be conducted only with my prior
        written consent: _VW_

    (c) that no adverse action will be taken against me solely on the grounds that I
        refuse to consent to this examination; _VW_

    (d) that the area in which the examination is to be conducted does contain a
        camera; _VW_

    (e) that the area in which the examination is to be conducted does contain an
        audio electronic recording device, and the polygraph examination may be
        monitored. _VW_

*************************

### CONSENT

With an understanding of the above conditions, I have decided I do not desire to consult with
an attorney at this time. I freely consent to be examined by the polygraph, and I agree to
cooperate fully with the examiner during the examination. I make these decisions freely and
voluntarily, and they are made with no threats having been made or promises extended to
me.

Signature _____

_0922_
Time

G. Corbett
Witnessed

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal
This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office
By: _Enis Nash_
Records Clerk of Meriwether County Sheriff's Office



# LAGRANGE POLICE DEPARTMENT

100 West Haralson Street, LaGrange, Georgia 30240
Telephone: 706-883-2603     Fax: 706-883-2606
e-mail: officeofchiefofpolice@lagrange-ga.org

**LOUIS M. DEKMAR**
*Chief of Police*
Phone 706-883-2610
Fax 706-883-2645

**MIKE PHEIL**
*Captain*
Patrol Division
706-883-2622

**ANDREE ROBINSON**
*Captain*
Support Division
706-883-2616

**DALE STRICKLAND**
*Lieutenant*
Administrative Services
Division
706-883-2652

**ROBERT MOORE**
*Sergeant*
Office of Professional
Standards
706-883-2631

August 9, 2016.

Investigator Jason Durand
Meriwether County Sheriff's Office
17400 Roosevelt Highway
Greenville, GA 30222

**RE: Aggravated Assault: Contavious HEARD**

Dear Investigator Durand,

On August 9, 2016, **Contavious HEARD** was administered a polygraph examination concerning a home invasion investigation. It is the polygraphist's opinion that the physiological responses indicative of deception, <u>WERE NOT NOTED</u> when **Contavious HEARD** answered "No" to the following relevant questions:

**"Did you lie about 5 people doing that home invasion?"**
**"Was Vivianne in that woman's house?"**

Therefore, it is the polygraphist's opinion that the chart recordings indicate that **Contavious HEARD** <u>was not deceptive.</u>

Respectfully,

Greg Corbett.
Polygraph Examiner.

Encl: Waivers.



STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Gris Nash
Records Clerk of Meriwether County Sheriff's Office

LaGrange Police Department

STATE OF GEORGIA          Date: 8·9·16

VS.                       Place: LaGrange

CONTAVIOUS HEARD

## STIPULATION

It is hereby agreed and stipulated that Gregory Corbett, LaGrange Police Department is an expert polygraph examiner.   It is also stipulated that any questions propounded by said examiner, relating to the above-styled case, and the answers thereto given by the examinee, and the recording of said examinee's reactions thereto, and everything appertaining to said examination and the entire results of said examination including the opinion of said examiner as to the truth or falsity of said answers, be received in evidence in the above-styled case, either on behalf of the State, or on behalf of the examinee, and the said examinee hereby waives his/her constitutional rights and privileges against self-incrimination to the extent the same may be involved in the presentation into evidence of the foregoing matters. It is expressly stipulated that the foregoing shall not constitute a waiver of the examinee's privileges against self-incrimination except as set forth above.

_Contavious Heard_
Examinee

····························
Attorney for defendant

··········/··················
Signature of Prosecutive Officer

····································
Title of Prosecutive Official

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October  A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: _Shira Nash_
Records Clerk of Meriwether County Sheriff's Office

LAGRANGE POLICE DEPARTMENT

LAGRANGE, TROUP COUNTY, GEORGIA

# — YOUR RIGHTS —

Place: LaGrange

Date 8·9·16

Time 1743.

### Before we ask you any question, you must understand your rights:

- You have the right to remain silent.

- Anything you say can be used against you in Court.

- You have the right to talk to a lawyer for advice before we ask you any questions, and to have him with you during questioning.

- If you cannot afford a lawyer, one will be appointed for you before any questioning, if you wish.

- If you decide to answer any questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

*********************************WAIVER OF RIGHTS*********************************

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me, and no pressure or coercion of any kind has been used against me.

Signed _Cortainus Heard_

Address ▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬

Witness _____

Witness _____

Grade Completed in School ___ 10th

Name of School ___

STATE OF GEORGIA

(COUNTY OF MERIWETHER)

This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019

Records Clerk Meriwether County Sheriff's Office

By: _Chris Nash_

Records Clerk of Meriwether County Sheriff's Office

## POLYGRAPH EXAMINATION WAIVER

Place: LaGrange

Date: _8·9·16_          Time: _1745_

I, _Contavious HEARS_ have been requested by
_Inv. H. Howard_, to submit to a polygraph examination
_heur invasion_.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

With respect to that request, I have been advised:

(a) that I have the right to consult with an attorney prior to making any decision concerning the examination; _CH_

(b) that the polygraph examination will be conducted only with my prior written consent; _CH_

(c) that no adverse action will be taken against me solely on the grounds that I refuse to consent to this examination; _CH_

(d) that the area in which the examination is to be conducted does contain a camera; _CH_

(e) that the area in which the examination is to be conducted does contain an audio electronic recording device, and the polygraph examination may be monitored. _CH_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CONSENT

With an understanding of the above conditions, I have decided I do not desire to consult with an attorney at this time. I freely consent to be examined by the polygraph, and I agree to cooperate fully with the examiner during the examination. I make these decisions freely and voluntarily, and they are made with no threats having been made, or promises extended to me.

_Signature_

_1747_
_Time_

_G. Corbett_
Witnessed

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: _Chris Nash_
Records Clerk of Meriwether County Sheriff's Office

From:Meriwether Co Detention Ctr    7066721675    04/26/2019 08:57    #126 P.001/001

**Agency ID (ORI)**
GA0990000

# HISTORY ARREST/BOOKING REPORT
## INTERNAL COPY

Booking Date: 08/08/2016
Time: 1833
Friday April 26 2019 8:47 AM

Inmate #: 20465

Page 1

| DEFENDANT NAME (LAST, FIRST, MIDDLE) | | | | RACE | SEX | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|---|---|---|---|
| WASHINGTON, VIVIAN JADE | | | | B | F | | MARYLAND |

**PERSONAL DATA**

| AGE AT BOOKING | 18 | HEIGHT | WEIGHT | HAIR | EYES | INS NO. | SOCIAL SECURITY # |
|---|---|---|---|---|---|---|---|
| CURRENT AGE | 20 | 506 | 140 | BLK | BRO | | |

VISIBLE SCARS AND MARKS:
TAT L ARM ROSES CHEST JUST LIVE
ADDRESS

SID NUMBER
GA4538217A

FBI NUMBER
A1LNECLN8

PHONE NUMBER

ALIAS

DRIVERS LICENSE NUMBER    STATE

LAST KNOWN EMPLOYER
PIE FIVE

PHOTOID: 113688

GANG INVOLVED?    GANG NAME

ARRESTING AGENCY
MCSO - MERIWETHER CO SHERIFF'S OFFICE

ARRESTING OFFICER
H. HOWARD    #
110

| BOOKING OFFICER | SEARCHED BY | FINGERPRINTED BY |
|---|---|---|
| E. BECK | R. CHAPMAN | E. BECK |

ATTORNEY    OCA    OTN

ATTORNEY E-MAIL    ATTORNEY PHONE # ATTORNEY FAX #

| ARREST DATE | TIME | LOCATION | | Do you want to consult with your consulate? |
|---|---|---|---|---|
| 08/08/2016 | | | | |

**RELEASE**

| DATE | TIME | RELEASE TYPE | RELEASING OFFICER | REMARKS | | TIME SERVED |
|---|---|---|---|---|---|---|
| 08/09/2016 | 1949 | OTHER | B. CARLISLE | CHARGES DROPPED | | 1  (days) |

**CHARGE**

| OFFENSE DATE | CNT | STATUTE | UCR | TYPE | CASE# |
|---|---|---|---|---|---|
| 08/04/2016 | 1 | 16-7-1(B) | | FELONY | |

CHARGE    WARRANT#
BURGLARY - 1ST DEGREE (FELONY)    CCH Code
2205

**LOCATION**

| AT/NEAR | OFFENSE | ARREST |
|---|---|---|
| Y | STATE | COUNTY |

**BOND**

**DISPOSITION**

DATE    SENTENCE

COURT DATE

COURT

STATE OF GEORGIA
(COUNTY OF MERIWETHER)
This Copy is a true Copy of the Original on file in this
Office. Witness my hand and Office Seal

This 15th day of October A.D., 2019
Records Clerk Meriwether County Sheriff's Office

By: Anis Nash

Records Clerk of Meriwether County Sheriff's Office