# Defendants' Exhibit 2
# Polygraph Recordings
# (Being mailed with Defendants' Notice of Conventional Filing)

