

Jeff Filipovits <jrfilipovits@gmail.com>

## open records request

**Kaye Phillips** <kphillips@cityofnewnan.org>　　　　　　　　　　　Tue, Jul 10, 2018 at 10:47 AM
To: Jeff Filipovits <jrfilipovits@gmail.com>



**NEWNAN POLICE DEPARTMENT**

**CITY OF NEWNAN**

1 Joseph Hannah Blvd

P.O. Box 1193

Newnan, GA  30264

770-254-2355

FAX: 678-423-4130

July 10, 2018

Attn: Mr. Jeff Filipovits

Re:   Open Records Request #2016-08-01740372   Blount v Smith

Dear Mr. Filipovits,

This is to acknowledge receipt of your request dated July 6, 2018, delivered to the City of Newnan and City's Public Safety Complex, in which you asked for access to certain documents in the City of Newnan's possession. It was received by the Newnan Police Department on July 6, 2018 is available today.

|  |  |
|---|---|
| Report #2016-08-0174 | $5.00 |
|  | $0.00 |
| Body Cam video | $10.00 |
| CD of accident photos | $0.00 |
| Shipping | $1.00 |
| **Total cost** | **$16.00** |

Please send a Cashiers Check, Check or Money Order made out to the City of Newnan at 1 Joseph Hannah Blvd. Newnan, Ga 30263.

Sincerely,

Kaye Phillips

Open Records Clerk

Newnan Police Department

Good Morning,

I am sorry this has taken so long but we do have a body cam for you. I am sending you a new Invoice.

Thank You,

Kaye Phillips

**From:** Jeff Filipovits [mailto:jrfilipovits@gmail.com]
**Sent:** Friday, July 06, 2018 4:49 PM



Jeff Filipovits <jrfilipovits@gmail.com>

---

## open records request

---

**Jeff Filipovits** <jrfilipovits@gmail.com>
To: openrecords@cityofnewnan.org
Cc: Jennifer Hickey <jenniferhickeylaw@gmail.com>

Thu, Jul 5, 2018 at 4:46 PM

Please consider this an open records request for the following documents:

- All incident reports, including all supplemental reports, arrest records, documentary evidence, investigative notes, or communications by any employee pertaining to the arrest of Vivian Washington on August 8, 2016 by the City of Newnan Police Department.

- All recordings, audio or video, which show any aspect of the investigation or arrest of Ms. Vivian Washington on August 8, 2016.

- All communications between the City of Newnan Police Department and the Meriwether County Sheriff's Office pertaining to any investigation of, or the arrest of, Vivian Washington in August 2016. This should specifically include any communications between Investigator Howard, Investigator Benjamin, and Investigator McPhie (with the City of Newnan) and Investigator Jason Duran (with the Meriwether County Sheriff's Office).

If possible, please provide these records in electronic format. I will pay any reasonable fee required under the Open Records Act. Please let me know if you have any questions about these requests. Thank you for your assistance.

Jeff Filipovits
Filipovits Law, P.C.

--

2900 Chamblee Tucker Road | Building 1 | Atlanta, Georgia 30341
Office: 770.455.1350 | Fax: 770.455.1449 | Cell: 678.237.9302
jrfilipovits@gmail.com

--

This message contains confidential information.
If you have received this message in error, please alert the sender immediately.

**To:** Kaye Phillips
**Cc:** Jennifer Hickey
**Subject:** Re: open records request

Ms. Phillips:

[Quoted text hidden]
[Quoted text hidden]

📄 **image002.wmz**
15K

NEWNAN MUNICIPAL COURT
1 JOSEPH HANNAH BLVD
NEWNAN, GA 30263
770-253-1226

**Receipt Nbr:** 1009151
**Case Number:**
**Date:** 07/17/2018

**Paid By:** FILIPOVITS LAW FIRM for FILIPOVITS LAW FIRM
**Defendant:**

**Description** | **Amount**
OPEN RECORDS | $16.00

**TOTAL:** $16.00

**Cash:**
**Credit:**
**Check:** $16.00       **Fees:**
**Money Order:**         **Check #:** 1264
                         **Nbrs #:**

**Receipt Memo:**
RECEIPT FOR 2016-08-0174

The redaction exemptions include:
1. Month and Date of Birth & Cell Phone Number- O.C.G.A. 50-18-72 (a) (20) (A)
2. Driver's license information- O.C.G.A. 40-5-2(b)

**User:** kphillips
**Printed:** 07/17/2018

**Kaye Phillips**

| | |
|---|---|
| From: | Kaye Phillips |
| Sent: | Tuesday, July 10, 2018 10:47 AM |
| To: | 'Jeff Filipovits' |
| Subject: | RE: open records request |



**NEWNAN POLICE DEPARTMENT**
**CITY OF NEWNAN**
1 Joseph Hannah Blvd
P.O. Box 1193
Newnan, GA 30264
770-254-2355
FAX: 678-423-4130

July 10, 2018

Attn: Mr. Jeff Filipovits

Re:   Open Records Request #2016-08-01740372   Blount v Smith

Dear Mr. Filipovits,

This is to acknowledge receipt of your request dated July 6, 2018, delivered to the City of Newnan and City's Public Safety Complex, in which you asked for access to certain documents in the City of Newnan's possession. It was received by the Newnan Police Department on July 6, 2018 is available today.

| | |
|---|---|
| Report #2016-08-0174 | $5.00 |
| | $0.00 |
| Body Cam video | $10.00 |
| CD of accident photos | $0.00 |
| Shipping | $1.00 |
| **Total cost** | **$16.00** |

Please send a Cashiers Check, Check or Money Order made out to the City of Newnan at 1 Joseph Hannah Blvd. Newnan, Ga 30263.
Sincerely,


Kaye Phillips

Open Records Clerk

Newnan Police Department


Good Morning,

I am sorry this has taken so long but we do have a body cam for you. I am sending you a new Invoice.
Thank You,

1

# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Newnan Police Department
**ORI:** GA0380100
**Case#:** 2016-08-0174
**Date / Time Reported:** 08/08/2016 16:45 Mon
**Last Known Secure:** 08/08/2016 16:45 Mon
**At Found:** 08/08/2016 16:45 Mon

**Location of Incident:** 311 Bullsboro Dr, Newnan GA 30263-
**Premise Type:** Parking Lot /garage
**Zone/Tract:** NPDC

## INCIDENT DATA

**#1 Crime Incident(s):** Warrant Service — WARRANT (Com)
Weapon / Tools: UNKNOWN/NOT STATED
Entry: — Exit: — Security: — Activity:

**#2 Crime Incident:** ( )
Weapon / Tools:
Entry: Exit: Security: Activity:

**#3 Crime Incident:** ( )
Weapon / Tools:
Entry: Exit: Security: Activity:

## MO

## VICTIM

**# of Victims:** 0   **Type:**   **Injury:**   **Domestic:** N

| V1 | Victim/Business Name | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:    Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:   Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:    Mobile Phone:

Type:   Injury:
Code | Name (Last, First, Middle) | Victim of Crime # | DOB/Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:    Mobile Phone:

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** MCPHIE, V. S. (4009385)
**Invest ID#:** (0)
**Supervisor:** (0)

**Status / Complainant Signature:**
**Case Status:** Cleared By Arrest    08/08/2016
**Case Disposition:**

Page 1

R_CS1IBR    Printed By: KPHILLIPS, OPEN RCRDS    Sys#: 167901    07/06/2018 09:27

## INCIDENT/INVESTIGATION REPORT

*Newnan Police Department*

Case # *2016-08-0174*

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers

BENJAMIN, R. (400071), HOWARD, A. (400097), HOWARD, D. (400095), KILGORE, S. (400041)

Suspect Hate / Bias Motivated:

NARRATIVE

# REPORTING OFFICER NARRATIVE

| Newnan Police Department | | OCA<br>*2016-08-0174* |
|---|---|---|
| Victim | Offense<br>*WARRANT SERVICE* | Date / Time Reported<br>*Mon 08/08/2016 16:45* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

On August 8, 2016, Investigators Howard, Benjamin, and I assisted Investigator Jason Duran from Meriwether County Sheriff's Office in reference to an investigation that is on going. Investigator Duran sent me a copy of a valid arrest warrant on Vivian Washington who is involved with the on going investigation. Independent investigations revealed that Vivian Washington is an employee at Pie Five located here in Newnan Coweta County, Georgia.

While conducting surveillance we located Vivian Washington in the back parking lot of the Pie Five. Vivian Washington was placed under arrest at this time. Vivian Washington was transported by Officer Kilgore to the Meriwether County Line. Vivian Washington was turned over to Meriwether County Sheriff's Office.

Reporting Officer: *MCPHIE, V. S.*
R_CS3NC

Printed By: KPHILLIPS, OPEN RCRDS 07/06/2018 09:27

Page 3

## Incident Report Suspect List

*Newnan Police Department*

OCA: 2016-08-0174

**1**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| WASHINGTON, VIVIAN JUDE VIEUX | | 34 MATADOR WAY NEWNAN, GA 30163 |
| Business Address | | |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓▓▓966 | 49 | B | F | | 506 | 142 | BLK | BRO | | ▓▓▓▓▓▓▓ |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | | Race | Sex | Eth | Height | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | | Color | Caliber | Dir of Travel | |
| VehYr/Make/Model | | Drs | Style | Color | | Lic/St | | Mode of Travel | VIN |

Notes                                                                      Physical Char