UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| VIVIANNE JADE WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| INVESTIGATOR JASON DURAND, | ) | 3:18-cv-86-TCB |
| in his individual capacity, | ) | |
| INVESTIGATOR HUGH HOWARD, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF PHYSICAL FILING OF ELECTRONIC MEDIA

Please take notice that Plaintiffs have dispatched via United States Mail

Exhibit A in connection with Plaintiff's response to Defendants' Motion for

Summary Judgment. Exhibit A is a USB drive containing the following video files:

1. Heard – Interview #1.avi

2. Heard – Interview #2.avi

3. Heard – Interview #3.avi

4. Heard – Interview #4.avi

5. Washington – Interview #1.avi

6. Washington – Interview #2.avi

7. Heard – Polygraph #3.VOB

This 6th day of November, 2019.

**Jennifer Hickey**
Georgia Bar No. 440019

LAW OFFICE OF JENNIFER
HICKEY, LLC
1310 Rockbridge Rd SW Ste G2
Stone Mountain, GA 30087
770-674-8252
jennifer@jenniferhickeylaw.com

**Jeffrey R. Filipovits**
Georgia Bar No. 825553

FILIPOVITS LAW, PC
2900 Chamblee-Tucker Road
Building 1
Atlanta, GA 30341
678-237-9302
jeff@law.filipovits.com

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing has been prepared in compliance with Local Rule 5.1(B) in Times New Roman 14-point typeface.

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: Taylor Hensel and Timothy Buckley.

This 6th day of November, 2019.

**Jeffrey R. Filipovits**
Georgia Bar No. 825553
FILIPOVITS LAW, PC
2900 Chamblee-Tucker Road, Bldg. 1
Atlanta, Georgia 30341
678.237.9302
jeff@law.filipovits.com